## UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

## CHARLESTON DIVISION

UNITED STATES OF AMERICA

vs.

Edwin Carl Hamilton

CASE NO.  9:21-cr-853

## PLEA

The Defendant, __Edwin Carl Hamilton_____, acknowledges receipt of a copy of the indictment and after arraignment pleads not guilty in open court.

_____
(Signed)     Defendant

Charleston, South Carolina